Case 1:17-cv-08794-LAK Document 8 Filed 11/29/17 Page 1 of 1



| | |
|---|---|
| **Liebowitz ◉ Law Firm, PLLC** | 11 SUNRISE PLAZA, STE. 305 |
| ATTORNEYS FOR THE PHOTOGRAPHIC ARTS | VALLEY STREAM, NY 11580 |
| | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

November 29, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-30-17

**MEMO ENDORSED**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Cruz v. American Broadcasting Companies, Inc. (1:17-cv-8794-LAK)*

Dear Judge Kaplan,

We represent Plaintiff, Alex Cruz, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Alex Cruz*

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, __1/3/2018__, if the settlement is not consummated by then.

SO ORDERED:

_____
Lewis A. Kaplan
S.D.J.

11/30/17

Liebowitz ◉ Law Firm, PLLC